IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL HARPER,

        Plaintiff,                             No. CIV S-07-0845 RRB EFB P

    vs.

SACRAMENTO COUNTY SHERIFFS,

        Defendant.                      FINDINGS AND RECOMMENDATIONS

                                   /

       By an order filed May 24, 2007, plaintiff was ordered to file, within thirty days, a completed affidavit in support of his request to proceed in forma pauperis and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. That order cautioned plaintiff that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed the required affidavit or trust account statement. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written

1   objections with the court and serve a copy on all parties.  Such a document should be captioned
2   "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
3   within the specified time may waive the right to appeal the District Court's order. *Turner v.*
4   *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
5   DATED:  August 14, 2007.

                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE